**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC. and MY HEARTLAND PUBLISHING, LLC, *each individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUNO, INC.,<br><br>        Defendant. | Case No. 1:25-cv-11739-FDS |

**PLAINTIFFS' RESPONSE TO SANFORD LAW FIRM PLLC'S MOTION TO WITHDRAW**

COMES NOW, Plaintiffs, Anthony Justice and 5th Wheel Records, Inc., My Heartland Publishing, LLC ("**Plaintiffs**"), by and through undersigned counsel, and respectfully submit this Response to Sanford Law Firm PLLC's ("**SANFORD**") request to withdraw as counsel of record. Doc. 53.

Plaintiffs do not oppose SANFORD's withdrawal from this matter. Plaintiffs submit this response solely to clarify the record regarding SANFORD's role in this litigation, Plaintiffs' understanding concerning SANFORD's involvement, and the limited nature of any purported client consent referenced in SANFORD's filing.

Plaintiffs' understanding throughout this litigation was that Joshua Sanford – owner of SANFORD – was acting as co-counsel through Ellzey Kherkher Sanford Montgomery LLP ("**EKSM**"), rather than as independently retained counsel separate and apart from EKSM's representation. It was therefore unclear from SANFORD's withdrawal filing whether SANFORD contended it maintained a separate attorney-client relationship with Plaintiffs independent of EKSM, prompting the clarification efforts addressed herein.

SANFORD's filing seeks withdrawal to Local Rule 83.5.2(c). filing states that SANFORD serves as counsel of record for Plaintiffs and further states that "Plaintiffs have been informed of SANFORD's intent to withdraw and consent to this request." Doc. 53, p.1.[1]

However, after reviewing the filing, Plaintiffs' undersigned counsel through Delgado Entertainment Law PLLC ("**DELGADO**") sought clarification from SANFORD on May 26, 2026, regarding whether SANFORD contended it separately represented Plaintiffs independent of EKSM, whether SANFORD had any separate agreement or arrangement relating to the Udio matter, whether SANFORD communicated with opposing counsel regarding withdrawal of SANFORD's involvement, as well as the basis for the representation concerning "client consent." *See* Exhibit 1, p. 4-5. These requests for clarification were made following notification from Plaintiffs to DELGADO that no such client consent had been given by Plaintiffs to SANFORD.

In email communications on the same day, May 26, 2026, DELGADO indicated to SANFORD and EKSM:

> "To my knowledge, Sanford Law Firm PLLC was never separately retained by Plaintiffs, and I am not aware of any direct attorney-client relationship between Josh/Sanford and Plaintiffs independent of EKSM's involvement." See *Id*.

DELGADO further expressed that the SANFORD motion to withdraw appeared to create ambiguity regarding whether SANFORD separately represented Plaintiffs or remained independently involved following EKSM's withdrawal. See *Id*.

Rather than clarifying those issues, SANFORD responded that it was "not willing to make any efforts to provide [the] assurance" requested and maintained that the filing was "appropriate in all respects." See *Id*. at 4. Subsequently, on the same day, after Plaintiffs' counsel again

---

[1] Local Rule 83.5.2(c) permits withdrawal only upon leave of Court and for good cause shown under the circumstances presented. Plaintiffs do not raise procedural issues to oppose SANFORD's withdrawal itself, but submit this response solely to ensure the record clearly reflects Plaintiffs' understanding regarding SANFORD's role and the limited nature of Plaintiffs' consent concerning withdrawal.

requested clarification from EKSM and SANFORD regarding SANFORD's purported separate representation and the basis for the withdrawal filing, EKSM and Mr. Sanford each responded indicating no further information would be provided. *Id.* at 2*; See also* Exhibit B at 2. Plaintiffs submit this response solely to reflect that clarification regarding SANFORD's role and the nature of the withdrawal filing was requested but declined.

At no point prior to the withdrawal filing did Plaintiffs understand or agree to SANFORD independently representing them. Plaintiffs had no knowledge of any purported separate representation arrangement involving SANFORD, if appliable, nor were they ever provided a separate engagement agreement by SANFORD.

Despite these issues, and in order to effort to facilitate SANFORD's transition, DELGADO conferred directly with Plaintiffs on May 26, 2026 regarding SANFORD's withdrawal request. Plaintiffs confirmed that they hereby consent to SANFORD's withdrawal - to the extent such consent is necessary - notwithstanding Plaintiffs' understanding that SANFORD was not independently acting as Plaintiffs' separately retained counsel of record outside EKSM's representation. Plaintiffs further confirmed that they had no knowledge of any purported separate representation by SANFORD independent of EKSM, did not understand SANFORD to be acting as independent counsel separate and apart from EKSM's representation, and were surprised by the manner in which the withdrawal filing was presented. Plaintiffs' understanding throughout the litigation was that Mr. Sanford's representation and communications concerning these matters were being handled on behalf of EKSM as counsel of record.

Accordingly, Plaintiffs do not oppose SANFORD's withdrawal and submit this response to clarify the record concerning the scope of SANFORD's involvement and the limited nature of Plaintiffs' consent regarding withdrawal.

WHEREFORE, Plaintiffs respectfully request that the Court take notice of the foregoing

clarification of the record and grant such further relief as the Court deems appropriate

Respectfully submitted,


Dated: May 27, 2026

/s/ Krystle Delgado
Krystle Delgado
Arizona Bar No. 031219
*Pro Hac Vice Admission
**Delgado Entertainment Law, PLLC**
6803 E Main St # 1116
Scottsdale, AZ 85251
Telephone: 480-248-0657
krystle@delgadoentertainmentlaw.com

Michael V. Glennon, BBO# 678977
Brody, Hardoon, Perkins & Kesten, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
Telephone: (617) 880-7100
mglennon@bhpklaw.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 27, 2026, **Plaintiffs' Response to Sanford Law Firm PLLC's Motion to Withdraw** was filed with the United States District Court for Massachusetts using the CM/ECF system of the Court, which will send notification of such filing to all counsel of record.

*<u>s/Krystle Delgado</u>*
Krystle Delgado