**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY JUSTICE, 5TH WHEEL RECORDS, INC., and MY HEARTLAND PUBLISHING, LLC, *each individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-11739-FDS |

**JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE**

Plaintiffs Anthony Justice, 5th Wheel Records, Inc., and My Heartland Publishing, LLC, and Defendant Suno, Inc. jointly move this Court to reschedule the upcoming scheduling conference, currently set for October 26, 2026 (the "CMC"), until the week of December 7, 2026, or the next available date thereafter. Given the anticipated complexity of this case, the parties require additional time to confer regarding the topics contemplated by Fed. R. Civ. P. 16(b), 16(c), and 26(f) and Local Rule 16.1(b) & (c), including reaching a mutually agreeable discovery schedule, protective order, and ESI protocol. Briefly adjourning the CMC by about a month will also provide the parties with additional time to discuss proposals for streamlining and coordinating discovery in light of other pending cases against Suno, which should lead to more efficient and streamlined adjudication of these proceedings in the long term.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion.

Dated: October 15, 2026

**DELGADO ENTERTAINMENT LAW, PLLC**

*/s/ Krystle Delgado*
Krystle Delgado (*pro hac vice*)
6803 E Main St # 1116
Scottsdale, AZ 85251
Telephone: 480-248-0657
krystle@delgadoentertainmentlaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Raffi Melanson*
Raffi Melanson (BBO #688650)
1 Faneuil Hall Sq. 5th Floor
Boston, MA 02109
Telephone: (617) 475-1978
raffim@hbsslaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
markc@hbsslaw.com

Whitney K. Siehl (*pro hac vice*)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
dank@hbsslaw.com
whitneys@hbsslaw.com

Roxana Moussavian (*pro hac vice*)
715 Hearst Ave. Suite 300
Berkeley, CA 94710
Telephone: (510) 826-1575
roxana.moussavian@hbsslaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Robin L. Gushman*
Andrew M. Gass (*pro hac vice*)
Joseph R. Wetzel (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
Robin L. Gushman (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
joe.wetzel@lw.com
britt.lovejoy@lw.com
robin.gushman@lw.com

Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116-5009
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

Sarang V. Damle (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

Grace McLaughlin (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1300
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
grace.mclaughlin@lw.com

*Counsel for Defendant Suno, Inc.*

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I certify pursuant to Local Rule 7.1(a)(2) that counsel for Suno and counsel for Plaintiffs have conferred and have agreed to jointly submit this motion.

*/s/ Robin L. Gushman*
Robin L. Gushman

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Robin L. Gushman*
Robin L. Gushman